# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIANA FLORA, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 12-6455 |
| THE WYNDCROFT SCHOOL, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this *25th* day of *February*, 2013, upon consideration of the Motion for Partial Dismissal of Defendant The Wyndcroft School (Docket No. 4), and the Response of Plaintiff Juliana Flora (Docket No. 6), it is hereby **ORDERED** that the Motion is **GRANTED** and Count III of the Complaint is **DISMISSED WITHOUT PREJUDICE** to Plaintiff seeking leave to amend her Complaint to re-insert her retaliation claim when and if the Equal Employment Opportunity Commission issues a Right-to-Sue letter on her currently-pending Charge of Discrimination.

It is so **ORDERED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.